1 SAFEWAY INC.
STEPHEN Q. ROWELL  #098228
2 E-mail: stephen.rowell@safeway.com
THEODORE K. BELL  #184289
3 E-mail: tad.bell@safeway.com
4 5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
5 Telephone:     (925) 467-3936
Facsimile:      (925) 467-3214
6
7 Attorneys for Defendants
SAFEWAY INC. and
8 VICTOR ROSSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAX ROSSITTO, an individual,  )  No. C12 5857-MEJ
                              )
              Plaintiff,      )  [PROPOSED] ORDER RE
                              )  STIPULATION FOR DISMISSAL OF
     vs.                      )  DEFENDANT VICTOR ROSSI
                              )
SAFEWAY, INC., a Delaware Corporation; )
VICTOR ROSSI, an individual; and DOES 1- )
10, inclusive                 )
                              )
              Defendants.     )
                              )

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff MAX ROSSITTO  and Defendant VICTOR ROSSI,

IT IS HEREBY ORDERED that the action and all claims against defendant VICTOR ROSSI be dismissed, without prejudice.

Dated: March 18, 2013

_____
Magistrate Judge Maria-Elena James
United States District Court, Northern District

- 1 -

[PROPOSED] Order Re Stipulation for Dismissal of Defendant Victor Rossi (Case No. C12 5857-MEJ)