1  SAFEWAY INC.
   STEPHEN Q. ROWELL  #098228
2  E-mail: stephen.rowell@safeway.com
   THEODORE K. BELL  #184289
3  E-mail: tad.bell@safeway.com
   5918 Stoneridge Mall Road
4  Pleasanton, CA  94588-3229
5  Telephone:    (925) 467-3936
   Facsimile:     (925) 467-3214
6

7  Attorneys for Defendants
   SAFEWAY INC. and
8  VICTOR ROSSI

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11
12  MAX ROSSITTO, an individual,           )   No. C12 5857-MEJ
                                           )
13                      Plaintiff,         )   [PROPOSED] ORDER RE
                                           )   STIPULATION FOR DISMISSAL OF
14       vs.                               )   DEFENDANT VICTOR ROSSI
                                           )
15  SAFEWAY, INC., a Delaware Corporation; )
    VICTOR ROSSI, an individual; and DOES 1- )
16  10, inclusive                          )
                                           )
17                      Defendants.        )
                                           )
18

19       Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff

20  MAX ROSSITTO  and Defendant VICTOR ROSSI,

21
         IT IS HEREBY ORDERED that the action and all claims against defendant
22
    VICTOR ROSSI be dismissed, without prejudice.
23
    Dated:  March 18, 2013
24

25                                              _____
                                                Magistrate Judge Maria-Elena James
26                                              United States District Court, Northern District

27

28
                                           - 1 -
    [PROPOSED] Order Re Stipulation for Dismissal of Defendant Victor Rossi (Case No. C12 5857-MEJ)