UNITED STATES DISTRICT COURT

Northern District of California

MAX ROSSITTO,

            Plaintiff,

   v.

SAFEWAY INC,

           Defendant.
_____/

No. C 12-05857 MEJ

**AMENDED ORDER RE STIPULATION FOR CONTINUANCE**

On September 13, 2013, the parties in this matter filed a Stipulation for Continuance of Trial, indicating that because Plaintiff's counsel has been scheduled for surgery and will be unavailable in October 2013, the parties have requested that the Court vacate the hearing date on Defendant's motion for summary judgment set for October 10, 2013, and the February 10, 2014 trial date and attendant pre-trial deadlines. Dkt. No. 23 at 2. The parties also indicated that, "[t]his stipulation has no effect upon the existing deadlines for filing and exchange of briefs related to Defendant, Safeway, Inc.'s motion for summary judgment." *Id*.

Accordingly, the Court hereby **CONTINUES** the hearing on Defendant's Motion for Summary Judgment to 10:00 a.m. on **November 14, 2013 in Courtroom B**.

The Court **VACATES** the February 10, 2014 trial date and deadlines for exchange of pre-trial documents and will re-set those dates, if necessary, after disposition of Defendant's summary judgment motion.

**IT IS SO ORDERED.**

Dated: September 18, 2013

                                                                                                      _____
                                                                                                      Maria-Elena James
                                                                                                      United States Magistrate Judge