1

2

3

4            UNITED STATES  DISTRICT COURT

5              Northern District of California

6

7   MAX ROSSITTO,                              No. C 12-05857 MEJ

8                      Plaintiff,              **ORDER RESETTING HEARING
                                               DATE ON DEFENDANT'S MOTION**
         v.                                    **FOR SUMMARY JUDGMENT** [Dkt.
9   SAFEWAY INC,                               No. 18]

10                     Defendant.
    _____/
11

12        Pending before the Court is Defendant Safeway, Inc's Motion for Summary Judgment, set for

13   hearing on November 14, 2013.  Dkt. No. 18.  The Court hereby **RESETS** hearing on this matter for

14   **November 21, 2013,** at 10:00 a.m. in Courtroom B.

15        **IT IS SO ORDERED.**

16

17   Dated: November 6, 2013

18                                             _____
                                               Maria-Elena James
19                                             United States Magistrate Judge

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California